IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JIMMY HIGGINS,<br>JAMES THOMAS HIGGINS,<br>THE JIMMY T. HIGGINS LIVING<br>TRUST, and<br>THE HIGGINS FAMILY<br>PARTNERSHIP, L.P.<br><br>    Plaintiffs,<br><br>v.<br><br>THE BURLINGTON INSURANCE<br>COMPANY, and<br>GRANGE MUTUAL<br>CASUALTY COMPANY<br><br>    Defendants,<br><br>v.<br><br>JOSEPH M. MANNI and<br>CHERYL L. BRATCHER<br><br>    Interested Party Plaintiffs. | No. 3:15-CV-0128<br>Declaratory Judgment Action<br>Judge Trauger |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel for the parties, all matters in controversy arising in this action have been resolved and this case should be dismissed with prejudice.

It is, THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. The parties are responsible for their own discretionary costs.

1

**IT IS SO ORDERED**

ENTERED this the   27th    day of  January         ,  2016          .

                                            ALETA A. TRAUGER
                                            U.S. District Judge

APPROVED FOR ENTRY:


/s/Jason W. Callen
Gayle Malone, Jr. (#2388)
Jason W. Callen (#26225)
BUTLER | SNOW LLP
The Pinnacle at Symphony Place
150 Third Avenue, South, Suite 1600
Nashville, Tennessee  37201
(615) 651-6700
gayle.malone@butlersnow.com
jason.callen@butlersnow.com

*Attorneys for Plaintiffs*


/s/Brent S. Usery
Marc O. Dedman (#13642)
Michael J. Vetter (#14044)
Brent S. Usery (#25737)
SPICER RUDSTROM, PLLC
Bank of America Tower
414 Union Street, Suite 1700
Nashville, TN 37219
bsu@spicerfirm.com

*Attorneys for The Burlington Insurance Company*

/s/Alan M. Sowell
Alan M. Sowell (#11690)
William Howard Tate (#6797)
HOWARD, TATE, SOWELL, WILSON,
   LEATHERS & JOHNSON, PLLC
201 Fourth Avenue North
Suite 1900
Nashville, TN 37219
asowell@howardtatelaw.com
whtate@howardtatelaw.com

*Attorneys for Grange Mutual Casualty Company*


/s/M. Trevor Galligan
Michael D. Galligan
M. Trevor Galligan
GALLIGAN & NEWMAN
309 West Main Street
McMinnville, TN 37110
mgalligan@galligannewmanlaw.com
tgalligan@galligannewmanlaw.com

*Attorneys for Joseph M. Manni*


/s/C. Brent Keeton
C. Brent Keeton
KEETON & PERRY, PLLC
401 Murfreesboro Hwy
Manchester, TN 37355
brent@keetonperry.com

*Attorney for Cheryl L. Bratcher*

3